HYMAN GOLDMAN, Respondent, v. NU-BORO PARK CLEANERS, INC., et al., Appellants.—

Close, P. J., Johnston and Lewis, JJ., concur; Hagarty and Taylor, JJ., concur insofar as the modification grants defendants' motion to vacate but otherwise dissent and vote to reverse the order, insofar as appealed from, and to grant the motion in its entirety.